# Exhibit B:

## Table of Counties or Areas Referenced in NGO Plaintiffs' Declarations

## Exhibit A

## Counties or Areas Referenced in NGO Plaintiffs' Declarations

| State | Counties | Dkt. No. |
|---|---|---|
| Alabama | Jefferson County, AL;<br>Russell County, AL | 16-14; Paragraph 13<br>16-56; Paragraph 4<br>16-65; Paragraph 7 |
| Alaska | Fairbanks North Star County, AK | 16-14; Paragraph 13<br>16-16; Paragraph 14<br>16-20; Paragraph 2 |
| Arizona | Maricopa County, AZ;<br>Pinal County, AZ;<br>Santa Cruz County, AZ | 16-14; Paragraph 13<br>16-57; Paragraph 2 |
| Arkansas | Pulaski County, AR;<br>Union County, AR | 16-14; Paragraph 13<br>16-35; Paragraph 4 |
| California | Alameda County, CA;<br>Contra Costa County, CA;<br>Fresno County, CA;<br>Imperial County, CA;<br>Kern County, CA;<br>Kings County, CA;<br>Los Angeles County, CA;<br>Madera County, CA;<br>Mendocino County, CA;<br>Merced County, CA;<br>Orange County, CA;<br>Plumas County, CA;<br>Riverside County, CA;<br>Sacramento County, CA;<br>San Bernadino County, CA;<br>San Diego County, CA;<br>San Francisco County, CA;<br>San Joaquin County, CA;<br>San Joaquin Valley, CA;<br>Santa Clara County, CA;<br>Siskiyou County, CA;<br>Stanislaus County, CA;<br>Sutter County, CA;<br>Tulare County, CA; | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-16; Paragraph 14<br>16-30; Paragraph 8<br>16-63; Paragraph 1 |

| | | |
|---|---|---|
| | the South Coast area (includes much of Los Angeles County and all of Orange County), CA;<br>South Coast Basin, including Orange County | |
| Colorado | | |
| Connecticut | Fairfield County, CT;<br>New Haven, CT;<br>New Haven County, CT | 16-37; Paragraph 3<br>16-48; Paragraph 10 |
| Delaware | | |
| Florida | | |
| Georgia | Bibb County, GA;<br>Clayton County, GA;<br>Fulton County, GA;<br>Gwinnet County, GA;<br>Muscogee County, GA;<br>Richmond County, GA;<br>Washington County, GA;<br>Walker County, GA | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-23; Paragraph 10<br>16-54; Paragraph 7<br>16-54; Paragraph 8<br>16-54; Paragraph 10<br>16-54; Paragraph 12<br>16-54; Paragraph 14<br>16-54; Paragraph 16 |
| Hawaii | | |
| Idaho | Benewah County, ID;<br>Canyon County, ID;<br>Lemhi County, ID;<br>Shoshone County, ID | 16-14; Paragraph 13<br>16-14; Paragraph 18<br>16-22; Paragraph 2 |
| Illinois | Cook County, IL;<br>DuPage County, IL;<br>Kane County, IL;<br>Madison County, IL;<br>Rock Island County, IL;<br>Saint Clair County, IL;<br>Will County, IL | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-19; Paragraph 3<br>16-49; Paragraph 1<br>16-65; Paragraph 7 |
| Indiana | Clark County, IN;<br>Hamilton County, IN;<br>Lake County, IN;<br>Marion County, IN;<br>St. Joseph County, IN;<br>Vanderburgh County, IN<br>Vigo County, IN; | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-29; Paragraph 3<br>16-41; Paragraph 3<br>16-65; Paragraph 7 |

| | | |
|---|---|---|
| Iowa | Clinton County, IA | 16-14; Paragraph 14 |
| Kansas | Neosho County, KS;<br>Sedgwick County, KS;<br>Wyandotte County, KS | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-44; Paragraph 2 |
| Kentucky | Bell County, KY;<br>Jefferson County, KY;<br>Louisville, KY | 16-14; Paragraph 14<br>16-46; Paragraph 2 |
| Louisiana | Caddo Parish, LA;<br>West Baton Rouge Parish, LA | 16-14; Paragraph 13 |
| Maine | | |
| Maryland | | |
| Massachusetts | Plymouth County, MA;<br>Worcester County, MA | 16-48; Paragraph 10 |
| Michigan | Kalamazoo County, MI;<br>Kent County, MI;<br>Missaukee County, MI;<br>Washtenaw County, MI;<br>Wayne County, MI | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-16; Paragraph 14<br>16-38; Paragraph 10<br>16-53; Paragraph 5 |
| Minnesota | | |
| Mississippi | DeSoto County, MS;<br>Forrest County, MS;<br>Hinds County, MS;<br>Macomb County, MS | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-14; Paragraph 22<br>16-25; Paragraph 4 |
| Missouri | St. Louis City County, MO | 16-14; Paragraph 13<br>16-42; Paragraph 4 |
| Montana | Lincoln, MT;<br>Missoula, MT | 16-14; Paragraph 13<br>16-51; Paragraph 2 |
| Nebraska | | |
| Nevada | Washoe County, NV | 16-14; Paragraph 14<br>16-34; Paragraph 2 |
| New Hampshire | | |
| New Jersey | Camden County, NJ;<br>Union County, NJ | 16-14; Paragraph 14<br>16-32; Paragraph 8<br>16-52; Paragraph 5 |
| New Mexico | | |
| New York | | |

| | | |
|---|---|---|
| North Carolina | Davidson County, NC;<br>Mecklenburg, NC | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-59; Paragraph 11 |
| North Dakota | Cass County, ND | 16-14; Paragraph 14<br>16-58; Paragraph 2 |
| Ohio | Butler County, OH;<br>Cuyahoga County, OH;<br>Franklin County, OH;<br>Hamilton County, OH;<br>Jefferson County, OH;<br>Lorain County, OH;<br>Lucas County, OH;<br>Stark County, OH | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-14; Paragraph 18<br>16-16; Paragraph 14<br>16-33; Paragraph 3<br>16-62; Paragraph 3 |
| Oklahoma | Cleveland County, OK;<br>Oklahoma County, OK | 16-14; Paragraph 14<br>16-45; Paragraph 5 |
| Oregon | Harney County, OR;<br>Jackson County, OR;<br>Josephine County, OR;<br>Lane County, OR;<br>Klamath County, OR;<br>Lake County, OR | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-50; Paragraph 1 |
| Pennsylvania | Allegheny County, PA;<br>Cumberland County, PA;<br>Dauphin County, PA;<br>Delaware County, PA;<br>Lancaster County, PA;<br>Lebanon County, PA;<br>Montgomery, County, PA;<br>Philadelphia County, PA;<br>York County, PA | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-14; Paragraph 18<br>16-16; Paragraph 14<br>16-18; Paragraph 5<br>16-32; Paragraph 8<br>16-39; Paragraph 11<br>16-43; Paragraph 3<br>16-48; Paragraph 12<br>16-51; Paragraph 5<br>16-61; Paragraph 5 |
| Rhode Island | | |
| South Carolina | | |
| South Dakota | | |
| Tennessee | Davidson County, TN;<br>Knox County, TN;<br>Nashville, TN | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-47; Paragraph 2 |

| | | |
|---|---|---|
| Texas | Atacosa County, TX;<br>Bexar County, TX;<br>Bowie County, TX;<br>Cameron County, TX;<br>Dallas County, TX;<br>El Paso County, TX;<br>Harris County, TX;<br>Harrison County, TX;<br>Hidalgo County, TX;<br>Jefferson County, TX;<br>Kleberg County, TX;<br>Montgomery County, TX;<br>Nueces County, TX;<br>Tarrant County, TX;<br>Travis County, TX;<br>Webb County, TX | 16-14; Paragraph 13<br>16-28; Paragraph 5<br>16-31; Paragraph 1 |
| Utah | Salt Lake County, UT | 16-14; Paragraph 14<br>16-36; Paragraph 2 |
| Vermont | | |
| Virginia | | |
| Washington | Okanogan County, WA;<br>Stevens County, WA;<br>Yakima County, WA | 16-14; Paragraph 13<br>16-14; Paragraph 14<br>16-60; Paragraph 3<br>16-65; Paragraph 7 |
| West Virginia | Berkeley County, WV | 16-14; Paragraph 14 |
| Wisconsin | Milwaukee County, WI;<br>Waukesha County, WI | 16-14; Paragraph 14<br>16-17; Paragraph 2 |
| Wyoming | | |
| District of Columbia | | |