Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses
for Healthy Environments et al. (Additional
Plaintiffs and Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> *Defendant*. | Case No. 4:26-cv-03118-HSG <br><br> **STIPULATION AND PROPOSED ORDER TO MODIFY ADR AND DISCOVERY-RELATED DEADLINES** |
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Defendant*. | Case No. 4:26-cv-03500-HSG |

Health, Environmental, and Community Plaintiffs,[1] State Plaintiffs,[2] and Defendant Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties"), stipulate as follows:

1.     In this litigation, Health, Environmental, and Community Plaintiffs and State Plaintiffs allege that EPA has failed to perform its mandatory duty under the Clean Air Act. The Court has identified Plaintiffs' two cases as related and has granted the Parties' request to coordinate the two cases. No. 26-cv-03118, Dkt. Nos. 36, 49.

2.     When Health, Environmental, and Community Plaintiffs filed No. 26-cv-03118, they consented to magistrate judge jurisdiction, and the originally assigned magistrate judge entered certain deadlines regarding alternative dispute resolution, Federal Rule of Civil Procedure 26 obligations, the case management statement, and the case management conference. No. 26-cv-03118, Dkt. Nos. 10, 21. EPA subsequently declined magistrate judge jurisdiction, and No. 26-cv-03118 was randomly reassigned to Judge Gilliam. No. 26-cv-03118, Dkt. Nos. 24, 26. As a result of the reassignment, the Court ordered the case management statement be due July 21, 2026, and case management conference occur July 28, 2026. No. 26-cv-03118, Dkt. No. 27. The reassignment order indicated that other deadlines remained unchanged. No. 26-cv-03118, Dkt. No. 26.

3.     When State Plaintiffs filed No. 26-cv-03500, the originally assigned judge entered certain deadlines regarding alternative dispute resolution, Federal Rule of Civil Procedure 26

---

[1] Health, Environmental, and Community Plaintiffs are Plaintiffs in No. 26-cv-03118 and consist of Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, CleanAIRE NC, Conservation Law Foundation, Environmental Defense Fund, Georgia Interfaith Power & Light, Michigan Environmental Council, Natural Resources Defense Council, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, Savannah Riverkeeper, and Sierra Club.

[2] State Plaintiffs are Plaintiffs in No. 26-cv-03500 and include the States of California, Connecticut, Hawai'i, Maryland, Massachusetts, Minnesota, New York, Oregon, Rhode Island, Vermont, and Wisconsin, the District of Columbia, the County of Harris, Texas, and the City of New York, New York.

obligations, the case management statement, and the case management conference. No. 26-cv-03500, Dkt. No. 20. When the Court identified No. 26-cv-03500 as related to No. 26-cv-03118, it set the case management statement and case management conference in No. 26-cv-03500 for July 21 and 28, respectively. No. 26-cv-03500, Dkt. No. 37. As a result, the deadlines for State Plaintiffs' and EPA's obligations under Federal Rule of Civil Procedure 26 shifted to July 7 and July 21, but deadlines regarding alternative dispute resolution did not change. *See* No. 26-cv-03118, Dkt. No. 36.

4. The Court is scheduled to hear three substantive motions in these cases on June 25.

5. For efficiency, and consistent with these cases being related and coordinated, the Parties hereby stipulate to align the following deadlines in No. 26-cv-03118 with those in No. 26-cv-03500:

| Event | Current Date in No. 26-cv-03118 | Current Date in No. 26-cv-03500 and [PROPOSED] New Date in No. 26-cv-03118 |
| --- | --- | --- |
| Deadline to file ADR Certificate | June 25, 2026 | July 7, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | June 25, 2026 | July 7, 2026 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) & for report under F.R. Civ. P. 26(f)(2) | July 9, 2026 | July 21, 2026 |

6. There have been the following modifications of time in these related cases:

a. The Parties stipulated to an extended briefing schedule for Health, Environmental, and Community Plaintiffs' and State Plaintiffs' motions for summary judgment. No. 26-cv-03118, Dkt. No. 37.

b.      State Plaintiffs and EPA stipulated to allow State Plaintiffs to file an opposition to EPA's motion for abeyance, No. 26-cv-03118, Dkt. No. 31, which resulted in the Court ordering State Plaintiffs to file their opposition as a separate entry on the docket for No. 26-cv-03118 by May 12 and EPA to file a reply by May 15. No. 26-cv-03500, Dkt. No. 46.

7.      Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Alliance of Nurses for Healthy Environments et al. attests that the other signatories listed below concur in the filing of this document.

Dated: June 24, 2026                              Respectfully submitted,

/s/ Rachel D. Martinez                            /s/ Seth L. Johnson
_____                           Sage Lincoln, PA Bar No. 333682
Rachel D. Martinez (FL Bar No. 1049812)           *Admitted pro hac vice*
United States Department of Justice               Seth L. Johnson, DC Bar No. 1001654
Environment & Natural Resources Division          *Admitted pro hac vice*
P.O. Box 7611                                      Earthjustice
Washington, D.C. 20044                            1250 I (Eye) Street NW, 4th Floor
Tel: (202) 616-5589                               Washington, DC 20005
Fax: (202) 514-8865                               (202) 830-3311
Rachel.Martinez@usdoj.gov                         (202) 797-5245
                                                  slincoln@earthjustice.org
*Counsel for Defendant*                           sjohnson@earthjustice.org

                                                  Colin C. O'Brien, CA Bar No. 309413
                                                  Earthjustice
                                                  1 Sansome Street, Suite 1700
                                                  San Francisco, CA 94104
                                                  Tel: 415-217-2000/Fax: 415-217-2040
                                                  cobrien@earthjustice.org

                                                  *Counsel for Alliance of Nurses for Healthy
                                                  Environments, American Lung Association,
                                                  American Public Health Association,
                                                  American Thoracic Society, Center for
                                                  Biological Diversity, Northeast Ohio
                                                  Community Resilience Centre, Rio Grande
                                                  International Study Center, and Sierra Club*

/s/ Hayden W. Hashimoto                           /s/ Caroline Cress
Hayden W. Hashimoto, CA Bar No. 325150            Caroline Cress, NC Bar No. 63104
Shaun A. Goho, MA Bar No. 652287                  *Admitted pro hac vice*
*Admitted pro hac vice*                           Southern Environmental Law Center
Clean Air Task Force                              136 E. Rosemary Street, Suite 500

114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
hhashimoto@catf.us
sgoho@catf.us

*Counsel for Citizens for Pennsylvania's Future, Clean Air Council, Conservation Law Foundation, and Michigan Environmental Council*

*/s/ John Walke*
John Walke, DC Bar No. 450508
*Pro hac vice pending*
Emily Davis, CA Bar No. 314152
Sheena Patel, DC Bar No. 90029725
*Admitted pro hac vice*
Natural Resources Defense Council
1152 15th St NW, #300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org

*Counsel for Natural Resources Defense Council*

FOR THE STATE OF CALIFORNIA
ROB BONTA
ATTORNEY GENERAL

MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
STACY J. LAU
JONATHAN A. WIENER
Deputy Attorneys General

*/s/ Micaela M. Harms*
MICAELA M. HARMS
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3743
Micaela.Harms@doj.ca.gov

Chapel Hill, NC 27514
(919) 967-1450
ccress@selc.org

*Counsel for CleanAIRE NC, Georgia Interfaith Power & Light, and Savannah Riverkeeper*

*/s/ Richard Yates*
Richard Yates, CA Bar No. 348185
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

*Counsel for Environmental Defense Fund*

*Attorneys for Plaintiff State of California by and through Attorney General Rob Bonta and the California Air Resources Board*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

HAYWOOD S. GILLIAM, JR.
United States District Judge