UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et ,

    Plaintiff(s),

  v.

LEE ZELDIN, as Administrat( ,

    Defendant(s).

Case No. 4:26-cv-03500-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Nicholas M. Vaz , an active member in good standing of the bar of State of Rhode Island , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Rhode Island in the above-entitled action. My local co-counsel in this case is Micaela Harms , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 329552 .

150 South Main Street, Providence, Rhode Island 02903

MY ADDRESS OF RECORD

401-274-4400 Ext. 2297

MY TELEPHONE # OF RECORD

nvaz@riag.ri.gov

MY EMAIL ADDRESS OF RECORD

455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-510-3743

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Micaela.Harms@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9501 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2026

Nicholas M. Vaz
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Nicholas M. Vaz  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  6/25/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



### Supreme Court of Rhode Island
#### Providence

This Certifies that

# Nicholas Michael Vaz

of Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 19th day of November, 2015 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 19th day of May, 2026.

*Meredith Benoit*

Clerk