ROB BONTA
Attorney General of California
MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
MICAELA M. HARMS (SBN 392552)
STACY LAU (SBN 254507)
COREY M. MOFFAT (SBN 305620)
JONATHAN A. WIENER (SBN 265006)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3549
 E-mail:  Jonathan.Wiener@doj.ca.gov
*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LEE ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　　　　　　Defendant. | No. 4:26-cv-03500-HSG<br><br>**STATE AND LOCAL GOVERNMENT PLAINTIFFS' RESPONSE TO EPA'S SUPPLEMENTAL BRIEFING ON THE NECESSARY TIMELINE FOR PROMULGATION OF DESIGNATIONS** |

EPA's supplemental filing, Dkt. 69, fails to show the agency is acting with the "the utmost diligence in discharging [its] statutory responsibilities" in promulgating designations for the 2024 PM NAAQS. *NRDC v. Train*, 510 F.2d 692, 713 (D.C. Cir. 1974). Though it does not contest liability, EPA continues to resist an order setting *any* timeline to fulfill its mandatory duty. EPA instead renews its prudential ripeness argument, based on a possibility that EPA might both ask for and obtain reversal of a unanimous D.C. Circuit decision. EPA claims it need not fulfill its designations duty while the agency is "deciding" if it wants to try to escape that duty. Dkt. 69 at 1:14. But EPA cites no case that has been held unripe simply because it may one day be moot, let alone moot due to a change to the underlying law. *See* Dkt. 54 at 7:7-12.

The timeline EPA does propose—18 months from the date of an order—further illustrates EPA's lack of diligence, as it shows EPA does not intend to start working toward completing its duty absent an order from this Court. That lack of diligence "weighs against EPA's proposed schedule." *Citizens for Penn.'s Future v. Wheeler*, 469 F.Supp.3d 920, 934 (N.D. Cal. 2020).

EPA's claim to need 18 months to complete designations also lacks credibility. That timeline would give the agency nearly a full year more than the seven months EPA previously estimated would be needed from a similar point in the process. *See Alliance of Nurses for Healthy Environments v. EPA*, No. 26-cv-3118, Dkt. 65 at 2:10-12 (citing EPA Mem. Att. 1, Dkt. 16-5 at 7). It also contradicts statements the agency made just a week earlier at the summary judgment hearing. There, EPA's counsel argued that holding the case in abeyance would still allow for an order to complete designations (and make them effective) by the end of 2027. Tr. 18:6-14. Now, without explanation, the agency says it needs until 2028, even absent abeyance.

In any event, the 2024 PM NAAQS does not require a uniquely complex designation process, and it requires no new or substantial modification to the existing analytical framework or tools. *See* [Third] Declaration of Ariel Fideldy, *Alliance of Nurses*, Dkt. 65-1 ¶¶ 8-14. And as further explained in the response of Health, Environmental, and Community Plaintiffs, *Alliance of Nurses*, Dkt. 65, nothing in any of EPA's filings establishes the agency cannot complete designations by the end of this calendar year, let alone that it needs 18 months to do so.

The Court should put a stop to EPA's delay tactics and order Plaintiffs' requested relief.

1

Dated:  July 9, 2026

**FOR THE STATE OF CALIFORNIA**
ROB BONTA
ATTORNEY GENERAL

MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
MICAELA M. HARMS
STACY J. LAU
COREY M. MOFFAT
JONATHAN A. WIENER
Deputy Attorneys General


*/s/ Jonathan A. Wiener*
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3549
jonathan.wiener@doj.ca.gov


**FOR THE STATE OF CONNECTICUT**
WILLIAM TONG
ATTORNEY GENERAL

*/s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

**FOR THE STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-641
sgoldstein@oag.maryland.gov

*Application for admission pro hac vice forthcoming*

2

**FOR THE COMMONWEALTH OF MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Marcus Holmes*
MARCUS HOLMES
Assistant Attorney General & Director of Environmental Justice
Environmental Protection Division
BRIAN CLAPPER
Assistant Attorney General
Environmental Protection Division
TURNER SMITH
Assistant Attorney General & Deputy Bureau Chief
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Marcus.D.Holmes@mass.gov
Brian.Clappier@mass.gov
Turner.Smith@mass.gov

**FOR THE STATE OF MINNESOTA**
KEITH ELLISON
ATTORNEY GENERAL

*/s/ Cat Rios-Keating*
CAT RIOS-KEATING
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-7302
Catherine.Rios-Keating@ag.state.mn.us

**FOR THE STATE OF NEW YORK**
LETITIA JAMES
ATTORNEY GENERAL

*/s/ Nicholas C. Buttino*
NICHOLAS C. BUTTINO
Assistant Attorney General
New York Attorney General's Office
State Capitol
Albany, NY 12224
518-776-2406
Nicholas.Buttino@ag.ny.gov

**FOR THE STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**FOR THE STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
Assistant Attorney General
Environmental & Energy Unit Chief
150 South Main Street
Providence, RI 02903
(401) 274-4400
nvaz@riag.ri.gov

**FOR THE STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Melanie Kehne*
MELANIE KEHNE
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
melanie.kehne@vermont.gov

State And Local Government Plaintiffs' Response to EPA's Supplemental Briefing on the Necessary Timeline for Promulgation of Designations (4:26-cv-03500-HSG)

**FOR THE STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
(608) 267-0505
bradley.motl@wisdoj.gov

**FOR THE DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Coty Montag*
COTY MONTAG
Deputy Attorney General
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
coty.montag@dc.gov
lauren.cullum@dc.gov

**FOR HARRIS COUNTY, TEXAS**
ABBIE KAMIN
HARRIS COUNTY ATTORNEY

*/s/ Sarah Jane Utley*
SARAH JANE UTLEY
Managing Counsel
Affirmative and Environmental Divisions
ELIZABETH HIDALGO
Assistant County Attorney
Environmental Division
Harris County Attorney's Office
1010 Lamar, 11th Floor
Houston, Texas 77002
(832) 596-9786
Sarah.Utley@harriscountytx.gov
Elizabeth.Hidalgo@harriscountytx.gov

**FOR THE CITY OF NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Nathan Taylor*
NATHAN TAYLOR
Assistant Corporation Counsel
New York City Law Department
100 Church St.
New York, New York, 10007
Tel. 212-356-2315
ntaylor@law.nyc.gov

In compliance with Civil Local Rule 5-1(i)(3), I, as the filer of this document, attest that all other signatories have concurred in the filing of this document.

*/s/ Jonathan A. Wiener*
Jonathan A. Wiener

SF2026400170

4