ROB BONTA
Attorney General of California
MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
MICAELA M. HARMS (SBN 392552)
STACY LAU (SBN 254507)
COREY M. MOFFAT (SBN 305620)
JONATHAN A. WIENER (SBN 265006)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3549
 E-mail:  Jonathan.Wiener@doj.ca.gov
*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 4:26-cv-03500-HSG<br><br>**ORDER EXTENDING TIME TO FILE BILL OF COSTS AND MOVE FOR ATTORNEYS' FEES** |

1

**ORDER**

Plaintiff State of California's motion to extend the time for all parties to file a bill of costs and move for attorneys' fees is hereby **GRANTED**. The deadline for all parties to file a bill of costs and move for an award of attorney's fees is extended to December 1, 2026.

IT IS SO ORDERED.

DATED: 7/31/2026

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

SF2026400170

2

Order Extending Time to File Bill of Costs and Move for Attorneys' Fees (4:26-cv-03500-HSG)